**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Aleksandr Rotar

*(In the space above enter the full name(s) of the plaintiff(s).)*

REC'D OCT 10

**- against -**

Upper Pottsgrove Police Department
Upper Pottsgrove Township
Michelle L. Reddick
Officer Sean Farrell

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

**I. Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name: Aleksandr Rotar
Street Address: 1268 N Washington St
County, City: Pottstown PA 19464
State & Zip Code: A&R Coffee Shop LLC
Telephone Number: 1268 N Washington St
Pottstown PA 19464

*Rev. 10/2009*

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Michelle Reddick
Street Address 1409 Farmington Avenue Pottstown, PA 19464-1829
County, City
State & Zip Code

Defendant No. 2
Name Sean Farrell
Street Address 1409 Farmington Avenue Pottstown, PA 19464-1829
County, City
State & Zip Code

Defendant No. 3
Name Upper Pottsgrove Police Department
Street Address 1409 Farmington Avenue Pottstown, PA 19464-1829
County, City
State & Zip Code

Defendant No. 4
Name Upper Pottsgrove Township
Street Address 1409 Farmington Avenue Pottstown, PA 19464-1829
County, City
State & Zip Code

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
✔ Federal Questions    Q Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?
18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States
5 C.F.R. § 2635.702 MISUSE OF POSITION AND GOVERNMENT RESOURCES

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ______________________________

Defendant(s) state(s) of citizenship ______________________________

**III. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? A&R Coffee Shop LLC

B. What date and approximate time did the events giving rise to your claim(s) occur? July 3rd 2021

What happened to you?

C. Facts:

fficer Farrell approached a crowd of young black males at my business location confronting them on why their
ars are parked in a private business making racial slurs at them because all of them were black thats until i came
ut i am a white person that confronted the officer after yelling and screaming back and forth with Officer Farrell h
roceeded with a threat that my business and its permits will be taken from me and what do you know? 2 days lat
ichelle Reddick denies all my applications and i am told to file new application and on top of that i will be getting
ned daily until you leave basically!

Who did what?

Was anyone else involved?

Who else saw what happened?

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

want the court to file criminal charges and civil charges against this defedant they abuse their power and attacke mall business owner also JEWISH business owner so i would like compensation in amount of 5 million dollars fo amages from mental health to losing the business also would love a jury trial

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 8 day of October, 2023.

Signature of Plaintiff ______________________

Mailing Address ______________________

______________________

______________________

Telephone Number 1268 N washington St Pottstown PA 19464

Fax Number *(if you have one)* ______________________

E-mail Address 484 641 1905

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of ______________________, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: ______________________

Inmate Number ______________________

ALEKSANDR ROTAR
484-641-1905
ALEKSANDR ROTAR
1268 N WASHINGTON ST
POTTSTOWN PA 19464-2311

1 LBS 1 OF 1
DWT: 16,12,1

SHIP TO:
US COURT HOUSE
ATTN COURT CLERK
601 MARKET ST
PHILADELPHIA PA 19106-1729

PA 191 9-10

UPS GROUND
TRACKING #: 1Z 5AR 507 42 9004 7640

BILLING: P/P
SIGNATURE REQUIRED

TM

XOL 23.10.04 NV45 41.0A 10/2023*

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD R 0723